MARY B. BROWN, Appellant, *v.* NORMAN S. WILLARD, Respondent.

Submitted May 14, 1951; decided May 24, 1951.

*Clarence E. Conley* for motion.

No one opposed.

Motion granted. Appellant has offered satisfactory proof of the facts specified in section 199 of the Civil Practice Act. (Cf. *Mnich* v. *American Radiator Co.,* 295 N. Y. 636, 637.)